UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
HECTOR SOTO and LORETTA SOTO,                19 cv 6721(FB)(PK)

            Plaintiffs,

  -against-                                                **RULE 7.1 STATEMENT**

DELTA AIR LINES, INC., AEROTERM PROPERTIES,
LLC, and REALTERM, LLC,

            Defendants.
----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AERO JFK, LLC (incorrectly sued herein as AEROTERM PROPERTIES, LLC and REALTERM, LLC), hereby certifies that AERO JFK, LLC does not have any corporate or other parents, subsidiaries, affiliates, securities or other interest which are publicly held.

Dated:  December 16, 2019

                                          Respectfully submitted,

                                          /s
                                      Fred G. Wexler (FW-7015)
                                      BROWN GAVALAS & FROMM LLP
                                      Attorneys for AERO JFK, LLC (incorrectly sued hereinas AEROTERM PROPERTIES, LLC, and REALTERM, LLC)
                                      505 Fifth Avenue, 5th Floor
                                      New York, New York 10017
                                      (212)983-8500

TO:

Scott D. Rubin, Esq.
Levine & Grossman
Attorneys for Plaintiffs
114 Old Country Road
Mineola, New York 11501
(516)248-7575

Douglas A. Shearer, Esq.
Shearer P.C.
Attorneys for Delta Air Lines, Inc.
98 Forest Avenue
Locust Valley, New York 11560
(516)750-8500