UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

HECTOR SOTO and LORETTA SOTO,

Plaintiffs,

-against-

DELTA AIR LINES, INC., AEROTERM PROPERTIES, LLC, and REALTERM, LLC,

Defendants.

-----------------------------------------------------------------------x

19 cv 6721 (FB)(PK)

**STIPULATION AND ORDER TO DISCONTINUE WITHOUT PREJUDICE AND TO AMEND THE COMPLAINT TO ADD AERO JFK, LLC AS A DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that:

(1) all claims and cross-claims against defendants **AEROTERM PROPERTIES, LLC, AND REALTERM, LLC, ONLY** are hereby dismissed without prejudice, without costs to either party as against the other;

(2) the caption of the action is hereby amended as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

HECTOR SOTO and LORETTA SOTO,

Plaintiffs,

-against-

DELTA AIR LINES, INC.,

Defendants.

-----------------------------------------------------------------------X

(3) Plaintiffs may amend their complaint within thirty (30) days of this Stipulation being So-Ordered to name and assert claims against AERO JFK, LLC as a defendant;

Dated: January 23, 2020

By:________________________
SCOTT D. RUBIN (SDR-9765)
levinengrossman@aol.com
LEVINE & GROSSMAN
Attorneys for Plaintiffs
114 Old Country Road
Mineola, New York 11501
(516) 248-7575

By: S/________________________
SCOTT P. EISENBERG (SE-3781)
Scott@Shearerpc.com
SHEARER P.C.
Attorneys for Defendant
DELTA AIRLINES, INC.
98 Forest Avenue
Locust Valley, NY 11560
516-750-8500

By:________________________
FRED G. WEXLER (FW-7015)
fgw@browngavalas.com
BROWN GAVALAS & FROMM LLP
Attorneys for Defendants
JFK AERO, LLC (incorrectly sued herein as AEROTERM PROPERTIES, LLC, and REALTERM, LLC)
505 Fifth Avenue - 5th Floor
New York, NY 10017
212-983-8500

SO ORDERED

/S/ Frederic Block 1/24/2020
The Honorable Frederic Block
United States District Judge